MIME-Version:1.0
From:ilsd_nef@ilsd.uscourts.gov
To:ilsd_nef@ilsdlei.ilsd.circ7.dcn
Bcc:ashoenthal@sidley.com, bwood@simmonscooper.com, chall@koreintillery.com, dradovich@sidley.com,
efilingnotice@sidley.com, ehovatter@simmonscooper.com, emattson@sidley.com, gerthal@simmonscooper.com,
hbecker@koreintillery.com, jbruegger@simmonscooper.com, jfeldman@sidley.com, jlibra@koreintillery.com,
karen_metheney@ilsd.uscourts.gov, karen_stallman@ilsd.uscourts.gov, kbrennan@simmonscooper.com, kbruno@koreintillery.com,
mary_adams@ilsd.uscourts.gov, mblocker@sidley.com, mnester@ilmoattorneys.com, mwilson@simmonsfirm.com,
robertlking@charter.net, rrobertson@simmonscooper.com, sjones@simmonscooper.com, stillery@koreintillery.com
Message-Id:<736221@ilsd.uscourts.gov>
Subject:Activity in Case 3:06-cv-00903-DRH-PMF Ruppert v. Principal Life Insurance Company Order Lifting Stay
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### U.S. District Court

### Southern District of Illinois

### Notice of Electronic Filing

The following transaction was entered on 7/25/2007 at 3:09 PM CDT and filed on 7/25/2007
**Case Name:**      Ruppert v. Principal Life Insurance Company
**Case Number:**      3:06-cv-903
**Filer:**
**WARNING: CASE CLOSED on 07/25/2007**
**Document Number:** 66

**Docket Text:**
ORDER LIFTING STAY, TRANSFERRING CASE TO OTHER DISTRICT and DENYING without prejudice [65] MOTION
for Extension of Time to Complete Discovery filed by Joseph Ruppert. Case transferred to Southern District of Iowa. Signed by
Judge David R Herndon on 7/25/07. (klh)

**3:06-cv-903 Notice has been electronically mailed to:**

Howard B. Becker     hbecker@koreintillery.com, chall@koreintillery.com

Mark B. Blocker     mblocker@sidley.com, efilingnotice@sidley.com

Kenneth J. Brennan     kbrennan@simmonscooper.com, bwood@simmonscooper.com, gerthal@simmonscooper.com,
jbruegger@simmonscooper.eom

John A. Bruegger     jbruegger@simmonscooper.com, bwood@simmonscooper.com, mwilson@simmonsfirm.com

Klint L. Bruno     kbruno@koreintillery.com

Joel S. Feldman     jfeldman@sidley.com, efilingnotice@sidley.com

Stephen C. Jones     sjones@simmonscooper.com

Robert L. King     robertlking@charter.net

John A. Libra     jlibra@koreintillery.com

Eric S. Mattson     emattson@sidley.com, dradovich@sidley.com, efilingnotice@sidley.com

Michael J. Nester     mnester@ilmoattorneys.com

Rosalind Robertson     rrobertson@simmonscooper.com, ehovatter@simmonscooper.com

Andrew C. Shoenthal     ashoenthal@sidley.com, efilingnotice@sidley.com

Stephen M. Tillery    stillery@koreintillery.com

**3:06-cv-903 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047403380 [Date=7/25/2007] [FileNumber=736219-0]
[81d96269eb2cd85de4becfd335c3d1cb144cd26f1489e669f73ed1a3d1a1bdc40eb4
4e41ef34ba0dc2fdfcdc505c941dc5da90b64dc0a54bbf37d51b89319da1]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH RUPPERT, as Trustee of and on behalf of
Fairmount Park, Inc. Retirement Savings Plan,
and on behalf of all others similarly situated,

     Plaintiff,

v.

PRINCIPAL LIFE INSURANCE COMPANY,

     Defendant.                                    No. 06-cv-903-DRH

## ORDER

HERNDON, District Judge:


Plaintiff Joseph Ruppert's motion to amend the scheduling and discovery order in this case is **DENIED** without prejudice in order that the appropriate judge can make the determination should the need arise (Doc. 65). The posture of this case is that this Court ordered transfer to the Southern District of Iowa, but stayed that transfer at the request of the Plaintiff who advised the Court of his intent to file a writ of mandamus. No such writ has been filed. This Court does not contemplate presiding over this case during the period requested by Plaintiff.


Plaintiff does not explain this inordinate delay in seeking the writ that he spoke of previously. The proposal seems to the Court illusory and now clearly a dilatory tactic. The Court hereby vacates the stay previously imposed (Doc. 64) and directs the Clerk to notify the Clerk of the Southern District of Iowa that this file is available for transmission immediately upon entry of this

Page 1 of 2

order.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2007.

/s/    David  RHerndon
**United States District Judge**