## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOSEPH RUPPERT, as Trustee of and on behalf of FAIRMOUNT PARK, INC. RETIREMENT SAVINGS PLAN, and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE CO.,<br><br>                  Defendant. | No.: 4:07-CV-344-JAJ-TJS |

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF NOVEMBER 5, 2009 ENTRY OF JUDGMENT ON THE PLEADINGS

Comes now Plaintiff and for his Motion for Reconsideration of November 5, 2009 Entry of Judgment on the Pleadings, states as follows:

1. Twenty days after this Court granted Principal's motion for judgment on the pleadings, the Eighth Circuit reversed one of the 401(k) revenue sharing district court cases this Court cited in support of parts of its ruling. *Braden v. Wal-Mart Stores, Inc.*, 2009 WL 4062105 (8th Cir. Nov. 25, 2009).

2. As more fully explained in the memorandum filed in support of this motion, the Court's November 5 entry of judgment on the pleadings cannot stand in light of the Eighth Circuit's decision in *Braden*.

WHEREFORE, in light of *Braden*, the Court should, vacate its entry of judgment on Ruppert's claims of breach of fiduciary duty (Count I) and prohibited transactions (Count II) based on Principal's revenue sharing in the Foundation Options funds.

Respectfully submitted,

   s/ Robert L. King
Robert L. King
505 N. 7th Street, Suite 3600
St. Louis, Missouri 63101
Direct:  (314) 863-6902
Fax:  (314) 863-7902

KOREIN TILLERY
Klint L. Bruno
205 N. Michigan Avenue, Suite 1940
Chicago, IL 60601
Direct: (312) 899-5065
Fax: (312) 641-9555

DUNCAN, GREEN, BROWN & LANGENESS
Brent B. Green
Bradley C. Obermeier
400 Locust Street, Suite 380
Des Moines, IA 50309
Phone: (515) 288-6440
Fax: (515) 288-6448

*Attorneys for Plaintiff Joseph Ruppert and the Fairmount Park, Inc. Retirement Savings Plan*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 21, 2009, I filed this instrument electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Joel S. Feldman jfeldman@sidley.com
Mark B. Blocker mblocker@sidley.com
Eric S. Mattson emattson@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

Brian L Campbell bcampbell@faegre.com
Faegre & Benson
801 Grand Avenue
Suite 3100
Des Moines, IA 50309-8002

                                                                             s/ Robert L. King
                                                                                Robert L. King