**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| JOSEPH RUPPERT, as trustee of and on behalf of FAIRMOUNT PARK, INC. RETIREMENT SAVINGS PLAN, and on behalf of all others similarly situated, | ) ) Case No. 4:07-cv-00344-JAJ-TJS ) ) Judge John A. Jarvey ) |
| Plaintiff, | ) Chief Magistrate Judge Thomas J. Shields ) |
| vs. | ) ) |
| PRINCIPAL LIFE INSURANCE COMPANY, | ) ) |
| Defendant. | ) |

**PRINCIPAL LIFE INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT ON COUNT III**

Defendant Principal Life Insurance Company ("Principal Life") respectfully moves, pursuant to Federal Rule of Civil Procedure 56 and LR 56(a), for summary judgment on Count III of Plaintiff's First Amended Complaint ("Am. Compl."), which is the sole remaining claim in the case. Principal Life is entitled to summary judgment on Count III because it properly disclosed that it earns interest on monies awaiting investment. In support of this motion, Principal Life submits the following materials: a supporting brief in accordance with LR 56(a)(2) (attached as Exhibit 1); a statement of material facts as to which there is no genuine issue in accordance with LR 56(a)(3) (attached as Exhibit 2); and an appendix of supporting documents in accordance with LR 56(a)(4) and LR 56(e).

       Respectfully submitted,

       PRINCIPAL LIFE INSURANCE COMPANY

       By:    /s/ Eric S. Mattson
              One of its attorneys

       Brian L. Campbell
       Whitfield & Eddy, PLC
       317 Sixth Avenue, Suite 1200
       Des Moines, Iowa  50309
       Email:  campbell@whitfieldlaw.com
       Phone:  (515) 288-6041

       Joel S. Feldman
       Mark B. Blocker
       Eric S. Mattson
       Hannah R. Blase
       Sidley Austin LLP
       One South Dearborn Street
       Chicago, Illinois  60603
       Email:  jfeldman@sidley.com
                mblocker@sidley.com
                emattson@sidley.com
                hblase@sidley.com
       Phone:  (312) 853-7000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **Principal Life Insurance Company's Motion for Summary Judgment on Count III** was served on the attorneys listed below through the Court's CM/ECF electronic filing system on February 2, 2010.

| | |
|---|---|
| Klint L. Bruno<br>Korein Tillery LLC<br>205 N. Michigan Ave.<br>Suite 1940<br>Chicago, IL  60601 | Brent B. Green<br>Duncan Green Brown Langeness<br>& Eckley P.C.<br>400 Locust St.<br>Suite 380<br>Des Moines, IA  50309-2331 |
| Rosalind Robertson<br>Kenneth J. Brennan<br>John A. Bruegger<br>Stephen C. Jones<br>SimmonsCooper LLC<br>P.O. Box 521<br>707 Berkshire Blvd.<br>East Alton, IL  62024 | Robert L. King<br>John A. Libra<br>Howard B. Becker<br>Stephen M. Tillery<br>Korein Tillery LLC<br>505 N. Seventh St.<br>Suite 3600<br>St. Louis, MO  63101 |

/s/ Eric S. Mattson

5140732