# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOSEPH RUPPERT, as Trustee and on behalf of FAIRMOUNT PARK, INC. RETIREMENT SAVINGS PLAN, and on behalf of all other similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>   Defendant. | CIVIL NO. 4:07-CV-00344-JAJ-TJS<br><br><br><br><br><br>**ORDER** |

Before the Court is the Joint Motion to Stay All Deadlines in the September 11, 2009 Scheduling Order filed January 29, 2010 (Clerk's No. 195).

The Court notes that subsequent to the filing of this joint motion, Defendant Principal Life Insurance Company (Principal) filed a Motion for Summary Judgment on February 2, 2010 (Clerk's No. 196), and plaintiff filed his resistance to that motion on February 23, 2010 (Clerk's No. 198); followed by defendant's reply (Clerk's No. 199) filed on March 5, 2010.

The Joint Motion to Stay All Deadlines in the Court's previous Scheduling Order shall be and is granted.

The Court will conduct another status and/or scheduling conference in 21 days after District Judge John A. Jarvey rules on the pending Motion for Summary Judgment, to the extent that any further scheduling orders will be necessary as a result of any ruling on the pending motion.

  IT IS SO ORDERED.

  Dated this 8th day of March, 2010.

                           THOMAS J. SHIELDS
                           CHIEF U.S. MAGISTRATE JUDGE