IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOSEPH RUPPERT, as trustee of and on behalf of FAIRMOUNT PARK, INC. RETIREMENT SAVINGS PLAN, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE CO.,<br><br>    Defendant. | No. 4:07-cv-00344-JAJ-TJS<br><br><br><br>**ORDER** |

    This action was stayed pursuant to the Court's order of March 9, 2010, so that the Court could rule on two outstanding motions. The decision to lift a stay of district court proceedings is committed to the discretion of the court issuing the stay in the first instance. *See U.S. Fire Ins. Co. v. Goodyear Tire & Rubber Co.*, 920 F.2d 487, 489 n.6 (8th Cir. 1990). The Court has since ruled on the outstanding motions before it and the stay shall be lifted.

    Upon consideration of the foregoing, the Court lifts the stay.

    **IT IS SO ORDERED**.

    **DATED** this 15th day of June, 2010.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA