## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOSEPH RUPPERT, as trustee of and on behalf of FAIRMOUNT PARK, INC. RETIREMENT SAVINGS PLAN, and on behalf of all others similarly situated, ) ) ) ) ) | Case No. 4:07-cv-00344-JAJ-TJS |
| Plaintiff, ) ) | Judge John A. Jarvey |
| vs. ) ) | Chief Magistrate Judge Thomas J. Shields |
| PRINCIPAL LIFE INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

## PRINCIPAL LIFE INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT ON COUNTS III AND IV

Defendant Principal Life Insurance Company ("Principal Life") hereby moves, pursuant to Federal Rule of Civil Procedure 56 and LR 56(a), for summary judgment on Counts III and IV of Plaintiff's Second Amended Complaint, which are the only two counts remaining in the case. Principal Life is entitled to summary judgment because the undisputed evidence shows that Principal Life did not act as a fiduciary when it took the actions complained of, and neither of plaintiff's claims can survive without a showing of fiduciary status.

In support of this motion, Principal Life submits the following materials: a supporting brief in accordance with LR 56(a)(2) (attached as Exhibit 1); a statement of materials facts as to which there is no genuine issue in accordance with LR 56(a)(3) (attached as Exhibit 2); and an appendix of supporting documents in accordance with LR 56(a)(4) and LR 56(e).

Respectfully submitted,

PRINCIPAL LIFE INSURANCE COMPANY

By:   /s/ Eric S. Mattson
       One of its attorneys

Brian L. Campbell
Whitfield & Eddy, PLC
317 Sixth Avenue, Suite 1200
Des Moines, Iowa 50309
Email: campbell@whitfieldlaw.com
Phone: (515) 288-6041

Joel S. Feldman
Mark B. Blocker
Eric S. Mattson
Hannah Ruehlman Blase
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Email: jfeldman@sidley.com
       mblocker@sidley.com
       emattson@sildey.com
       hblase@sidley.com
Phone: (312) 853-7000

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Principal Life Insurance Company's Motion for Summary Judgment on Counts III and IV was served on all attorneys through the Court's CM/ECF electronic filing system on June 29, 2010.


/s/ Eric S. Mattson