IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOSEPH RUPPERT, as Trustee of and on behalf of FAIRMOUNT PARK, INC. RETIREMENT SAVINGS PLAN, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE CO.,<br><br>      Defendant. | No.: 4:07-CV-344-JAJ-TJS |

**<u>CONSENT JUDGMENT</u>**

This matter comes before the Court on the parties' joint motion for entry of consent judgment pursuant to a confidential agreement they have reached to resolve the plaintiff's individual claims, and not any claims of the putative class. The parties have filed their confidential agreement under seal in support of their motion. For good cause shown, the Court hereby incorporates the parties' entire agreement as part of this Consent Judgment, just as if all of the terms and conditions of the agreement were set forth herein. This Consent Judgment does not constitute and shall not be construed as an admission of liability by Defendant. This Consent Judgment does not in any way establish Defendant's liability for any of Plaintiff's claims, and Defendant expressly denies that any of Plaintiff's claims or allegations has any merit and denies that Plaintiff suffered any damages. Furthermore, this Consent Judgment does not resolve any of the underlying issues in the litigation and therefore may not be used for purposes of issue preclusion in any future proceedings by any party.

Accordingly, it is hereby ORDERED that judgment shall be entered in favor of the Plaintiff in the amount of EIGHTY THOUSAND DOLLARS AND NO CENTS ($80,000.00).

This Consent Judgment is entered pursuant to Federal Rule of Civil Procedure 58(a) and constitutes the Court's final judgment in this case.

IT IS SO ORDERED.

Dated: June 13, 2011

THE HONORABLE JOHN A. JARVEY
U.S. DISTRICT JUDGE