**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| JOSEPH RUPPERT, as Trustee of and on behalf of FAIRMOUNT PARK, INC. RETIREMENT SAVINGS PLAN, and on behalf of all others similarly situated, ) ) ) ) ) | |
| Plaintiff,  ) | No.: 4:07-CV-344-JAJ-TJS |
| ) | |
| vs. ) | |
| ) | |
| PRINCIPAL LIFE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Joseph Ruppert, as Trustee of and on behalf of the Fairmount Park, Inc. Retirement Savings Plan, plaintiff in the above named case, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on June 13, 2011.

By: *s/ Robert L. King*
KOREIN TILLERY
Robert L. King
505 N. 7th Street, Suite 3600
St. Louis, Missouri 63101
Direct:  (314) 863-6902
Fax:  (314) 863-7902

KOREIN TILLERY
Klint L. Bruno
205 N. Michigan Avenue, Suite 1940
Chicago, IL 60601
Direct: (312) 899-5065
Fax: (312) 641-9555

*Attorneys for Plaintiff Joseph Ruppert
and the Fairmount Park, Inc. Retirement
Savings Plan*

**CERTIFICATE OF SERVICE**

   The undersigned certifies that service of the foregoing document was made by means of the Notice of Electronic Filing on July 12, 2011, to the following counsel of record:

Brian L. Campbell
Whitfield & Eddy, PLC
317 Sixth Avenue, Suite 1200
Des Moines, IA  50309
campbell@whitfieldlaw.com

Joel S. Feldman
Mark B. Blocker
Eric S. Mattson
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
jfeldman@sidley.com
mblocker@sidley.com
emattason@sidley.com

               *s/ Robert L. King*
               KOREIN TILLERY
               Robert L. King
               505 N. 7th Street, Suite 3600
               St. Louis, Missouri 63101