# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 13, 2013

Mr. Robert L. King
KOREIN & TILLERY
3600 U.S. Bank Plaza
505 N. Seventh Street
Saint Louis, MO  63101-0000

RE:  11-2554  Joseph Ruppert v. Principal Life Insurance Co.

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

MER
Enclosure(s)
cc:    Mr. Mark B. Blocker
       Mr. Klint Bruno
       Mr. Brian Campbell
       Mr. Joel S. Feldman
       Mr. Brent Boyer Green
       Mr. Robert N. Hochman
       Ms. Marjorie Krahn
       Mr. John A. Libra
       Mr. Eric S. Mattson
       Mr. Jay E. Sushelsky
       Mr. Stephen M. Tillery

District Court/Agency Case Number(s):   4:07-cv-00344-JAJ