IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOSEPH RUPPERT, as trustee of and on behalf of FAIRMOUNT PARK, INC. RETIREMENT SAVINGS PLAN, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:07-cv-00344-JAJ-TJS<br><br>Judge John A. Jarvey<br><br>Chief Magistrate Judge Thomas J. Shields |

## FINAL JUDGMENT ORDER

This case is before this Court on remand from the Eighth Circuit, which dismissed plaintiff's appeal for want of appellate jurisdiction. Defendant Principal Life Insurance Company has moved for entry of a final judgment dismissing the case with prejudice. The motion is unopposed.

Accordingly, it is hereby ORDERED that judgment shall be entered dismissing the case with prejudice.

This judgment is entered pursuant to Federal Rule of Civil Procedure 58(a) and constitutes the Court's final judgment in this case.

IT IS SO ORDERED.

Dated: April 9, 2013

THE HONORABLE JOHN A. JARVEY
U.S. DISTRICT JUDGE