# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 7, 2013

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  Joseph Ruppert, as Trustee of Fairmount Park, Inc. Retirement Savings Plan
           v. Principal Life Insurance Company
           No. 12-1425
           (Your No. 11-2554)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk